OCT 03 2025

Wendy R Oliver, Clerk
U.S. District Court
W/D OF TN, Memphis

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

DARRYL PRESCOTT, Plaintiff
v.
CITY OF MEMPHIS;
DILIGENCE CORPORATION;
DILIGENCE TECH CORPORATION;
DILIGENCE SECURITY;
MAYOR PAUL YOUNG;
ANTONIO ADAMS, Chief Operating Officer;
PENELOPE HOUSTON, Chief Communications Officer;
MAIRI ALBERTSON, Chief of Staff;
CERELYN 'CJ' DAVIS, Chief of Police;
ALL 13 MEMBERS OF THE MEMPHIS CITY COUNCIL, individually and in their official capacities,
Defendants.

*[Handwritten additions:]*
• Michalyn Easter-Thomas
• J.B. Smiley Jr., Chairperson
• Martavius D. Jones
• Chase Carlisle
• Jeff Warren
• Ronda Logan
• Ford Canale
• Jana Swearengen-Washington
• Phillip Spinosa
• Pearl Eva Walker
• Edmund Ford Sr.
• Colvett Frank
• Patrice Robinson
AP OCT 3 2025

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)

Plaintiff Darryl Prescott, proceeding pro se, brings this Complaint against the City of Memphis and associated officials and contractors for violations of his rights under the First and Fourteenth Amendments to the United States Constitution, as well as negligence and failure of oversight in contracting practices.

**Jurisdiction and Venue**
1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 1983.
2. Venue is proper in this District as the events giving rise to this action occurred in Memphis, Shelby County, Tennessee.

**Parties**
3. Plaintiff Darryl Prescott is a resident of Memphis, Tennessee.
4. Defendant City of Memphis is a municipal corporation responsible for oversight of public safety and contracting.
5. Defendant Diligence Corporation, Diligence Tech Corporation, and Diligence Security are entities owned/operated by Keshanti Chisholm, which contracted with the City of Memphis to provide security services.
6. Defendant Paul Young is the Mayor of Memphis, sued individually and in his official capacity.
7. Defendant Antonio Adams is the Chief Operating Officer of Memphis, sued individually and in his official capacity.
8. Defendant Penelope Houston is the Chief Communications Officer of Memphis, sued individually and in her official capacity.
9. Defendant Mairi Albertson is the Chief of Staff to the Mayor, sued individually and in her official capacity.
10. Defendant Cerelyn 'CJ' Davis is the Chief of Police, sued individually and in her official capacity.
11. Defendants also include all 13 members of the Memphis City Council, sued individually and in their official capacities.

**Statement of Facts**

12. On October 30, 2024, Plaintiff was assaulted by an armed security guard employed by Diligence Security while peacefully protesting at 170 North Main Street, Memphis, Tennessee.

13. The guard was employed under a contract between the City of Memphis and Diligence Corporation/Diligence Tech Corporation/Diligence Security.

14. Plaintiff obtained public records showing that Diligence entities submitted false or misleading insurance certificates to the City of Memphis to secure a $250,000 annual security contract.

15. Plaintiff's insurance claim against Diligence's carrier Hiscox was denied because the policy covered IT security, not armed or unarmed physical security services.

16. The City of Memphis, through its officials and council members, failed to properly vet the contract, allowing unlicensed and uninsured armed guards to provide services at public buildings.

17. Plaintiff has also been subjected to obstruction and denial of access by city officials, including refusal to accept grievances and complaints, stonewalling communication, and failing to address his concerns.

**Causes of Action**

Count I: Violation of First Amendment rights (42 U.S.C. § 1983).

Count II: Violation of Fourteenth Amendment rights (42 U.S.C. § 1983).

Count III: Negligence and failure of oversight in municipal contracting.

Count IV: Conspiracy to deprive Plaintiff of rights under color of law.

**Prayer for Relief**

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Award compensatory damages in the amount of $500,000, or in the alternative accept settlement of $300,000;

b. Order the City of Memphis to conduct an independent review of all third-party contracts, particularly security contracts, to ensure proper licensing and insurance;

c. Suspend Diligence Corporation, Diligence Tech Corporation, and Diligence Security from eligibility for city contracts for the maximum period permitted;

d. Grant such other relief as the Court deems just and proper.

Respectfully submitted.

Darryl Prescott. Pro Se
3933 Berkshire Avenue
Memphis. Tennessee 38108
Phone: 901-409-6258
Email: wewumedia@gmail.com